

ENTERED
07/14/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| WHITING PETROLEUM CORPORATION, *et al.*[2] | § | |
| DEBTORS. | § | CASE NO. 20-32021 (DRJ) |
| | § | |
| | § | |
| WHITING OIL AND GAS CORPORATION | § | |
| PLAINTIFF, | § | Adv. Pro. No. 20-03196 |
| | § | |
| v. | § | |
| | § | |
| BNN WESTERN, LLC | § | |
| DEFENDANT. | § | |
| | § | |

### AGREED SCHEDULING ORDER FOR BRIEFING AND ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

(Docket No. 11)

Under the authority of FED. R. BANKR. P. 7016 and FED. R. CIV. P. 16, it is hereby

ORDERED that the following deadlines and settings shall apply in the above-styled adversary:

| Event | Deadline |
|---|---|
| Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | July 7, 2020 |
| Defendant's Answer to Complaint: | July 24, 2020 |
| Defendant's Response to Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment (if any): | July 24, 2020 |
| Defendant's Answer to Plaintiff's Rejection Motion | July 24, 2020 |

---

[2] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

26144626v.6

| Event | Deadline |
|---|---|
| Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | July 24, 2020 |
| Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment and Plaintiff's Response to Defendant's Cross-Motion for Summary Judgment | July 29, 2020 at 4:00 p.m. (CT) |
| Defendant's Reply to Plaintiff's Response to Defendant's Cross-Motion for Summary Judgment | July 31, 2020 at 4:00 p.m. (CT) |
| Hearing on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment (if any): | August 5, 2020 at 11:00 a.m. |
| Pre-Trial Motions (if needed) | [5 days before trial date] |
| Scheduling Conference | 8/5/2020 at 11:00 a.m. |

It is further ordered that changes to this Scheduling Order may only be made by agreement of the Parties or by further order of this Court, and Plaintiff and Defendant can seek relief from these deadlines for cause shown should they become impracticable.

**Signed: July 10, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**